IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:06-CR-127-1 |
| | § | |
| MICHAEL ANTHONY CORBIN | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**<u>REPORT AND RECOMMENDATION</u>**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the Court find that the Defendant violated the fifth allegation in the petition that he violated a mandatory condition of release by failing to refrain from any unlawful use of a controlled substance;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. Corbin should be sentenced to a term of seven (7) days' imprisonment with credit for time previously served, and a two (2) year term of supervised release to follow.

The following special conditions of release are also imposed: 1.) The Defendant shall participate in a program of testing and treatment for alcohol and drug abuse under the guidance and direction of the U.S. Probation office, until such time as the Defendant is released from the program by the probation officer; 2.) the Defendant shall refrain from all alcohol use; 3.) the Defendant shall

1

not visit any bar, tavern or lounge, and 4.) the Defendant shall comply with a curfew from 10pm-6am, as directed by his Probation Officer. The special conditions are imposed based upon the same reasons found by Judge Hawthorn stated on the record.

Neither party has filed objections to Judge Hawthorn's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED** this the 17 day of **February, 2016.**

_____
Thad Heartfield
United States District Judge